Neal L. Wolf (CA Bar No. 202129)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067-3012
Telephone: 310/788-4400
Facsimile: 310/788-4471

Franklin C. Adams (CA Bar No. 85351)
BEST BEST & KRIEGER
3750 University Avenue
Riverside, CA 92502-1028
Telephone: 951/686-1450

[Proposed] Attorneys for Receiver

> FILED & ENTERED
>
> OCT 15 2008
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY smith       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PROTRON DIGITAL CORPORATION, *et al.*,[1]<br><br>Debtor, | Case No.: 6:08-bk-16778 MJ<br><br>Chapter 11<br><br>[Jointly Administered with Case No.: 06:08-bk-16779 MJ]<br><br>**ORDERED AUTHORIZING RECEIVER TO EMPLOY GARWACKI & ASSOCIATES AS SECTION 327(e) SPECIAL COUNSEL TO COLLECT ACCOUNTS RECEIVABLE**<br><br>[No Hearing Required]<br>Place:  Courtroom 302<br>        3420 Twelfth Street<br>        Riverside, CA 92501<br>Judge: Honorable Meredith A. Jury |

This matter coming before the Court on the *Receiver's Application to Employ Garwacki & Associates as §327(e) Special Counsel to Collect Accounts Receivable* (the "Application"),[2] the Court having reviewed the Application, and the Garwacki Affidavit; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (d) notice of the Application having been sufficient under the circumstances;

---

[1] Proton Digital Corporation, Fed. Tax ID No. 20-2253445 and Spectroniq Digital, Inc., Fed. Tax ID No. 20-5497690.

[2] Capitalized terms not defined herein shall have the meaning given to them in the Application.

CHI02_60681449v1_339863-00016 10/15/2008 1:35 PM

and the Court having determined that the legal and factual basis set forth in the Application and the Garwacki Affidavit establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Receiver is authorized to retain Garwacki & Associates ("Garwacki") as their special counsel, pursuant to section 327(e) of the Bankruptcy Code, as of the Petition Date on the terms set forth in the Application and the Garwacki Affidavit.

3. If any supplemental declarations are filed and served after the entry of this Order, absent any objections filed and served upon the Receiver within twenty (20) calendar days after the filing and service of such supplemental declarations, Garwacki's employment shall continue as authorized pursuant to this Order.

4. Garwacki shall be compensated pursuant to the terms of the Agreement, from the estates' funds, as follows: for accounts referred to Garwacki, a contingency fee of 30% of monies collected. If collection is unsuccessful, Garwacki may obtain the Receiver's written permission to file suit against specific account debtors, but Garwacki's compensation shall remain a 30% contingency fee of amounts recovered, plus court and attorney service fees.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order. This Order is effective as of the Petition Date.

6. The Receiver is directed to serve a copy of this Order on all parties entitled to notice within three (3) calendar days of the entry of this Order and to file a certificate of service with the Clerk of Court.

####

Prepared by:

Neal L. Wolf
Katten Muchin Rosenman LLP

[Proposed] Counsel for the Receiver

DATED: October 15, 2008

_____
United States Bankruptcy Judge

3